# Exhibit B

| | NYSCEF | **Document List** | |
|---|---|---|---|
| | New York County Supreme Court | **Index #** 652958/2024 | Created on:07/22/2024 10:39 AM |

Case Caption:   X-Caliber Funding LLC v. Mark B. Petersen

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS AND 3213 MOTION W/ RJI *Corrected* Summons | Processed | 06/13/2024 | Kessler, J. |
| 2 | NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT<br>Notice of Motion for summary judgment in lieu of complaint | Pending | 06/11/2024 | Kessler, J. |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Jeff Deines in support of motion for summary judgment in lieu of complaint | Processed | 06/11/2024 | Kessler, J. |
| 4 | EXHIBIT(S) - A<br>Loan Agreement | Processed | 06/11/2024 | Kessler, J. |
| 5 | EXHIBIT(S) - B<br>Amendments to Loan Agreement | Processed | 06/11/2024 | Kessler, J. |
| 6 | EXHIBIT(S) - C<br>Guaranty | Processed | 06/11/2024 | Kessler, J. |
| 7 | EXHIBIT(S) - D<br>Notice of Default | Processed | 06/11/2024 | Kessler, J. |
| 8 | EXHIBIT(S) - E<br>Loan Balance Accounting | Processed | 06/11/2024 | Kessler, J. |
| 9 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of Law in support of motion for summary judgment in lieu of complaint | Processed | 06/11/2024 | Kessler, J. |
| 10 | RJI -RE: NOTICE OF MOTION | Pending | 06/11/2024 | Kessler, J. |
| 11 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 06/11/2024 | Kessler, J. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 07/03/2024 | Kessler, J. |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 07/03/2024 | Kessler, J. |