# EXHIBIT 6

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

SCHNEIDER,STAYED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.1) (Rockford)
### CIVIL DOCKET FOR CASE #: 3:24-cv-50034

Illinois Debt Acquisition Company LLC v. El Paso HCC, LLC et al
Assigned to: Honorable Iain D. Johnston
Referred to: Honorable Margaret J. Schneider
Demand: $31,238,000
Cause: 28:1332 Diversity-Mortgage Foreclosure

Date Filed: 01/23/2024
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Diversity

### Plaintiff

**X-Caliber Funding LLC**
*TERMINATED: 10/30/2024*
*agent of*
XCal 2019-IL-1 Mortgage Trust

represented by **Kenneth J. Ottaviano**
Blank Rome LLP
444 W. Lake Street
Suite 1650
Chicago, IL 60606
312-776-2600
Email: ken.ottaviano@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige B Tinkham**
Blank Rome LLP
444 W. Lake Street
Suite 1650
Chicago, IL 60606
312-776-2514
Fax: 312-264-2443
Email: paige.tinkham@blankrome.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Illinois Debt Acquisition Company L.L.C.**
*Substitute party for X-Caliber Funding LLC*

represented by **Kara A Allen**
Gutnicki LLP
4711 Golf Road
Skokie, IL 60076
8477456292
Fax: Not a member
Email: Kallen@gutnicki.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

El Paso HCC, LLC  represented by  Scott M Ahmad
Winston & Strawn Llp
35 West Wacker Drive
Chicago, IL 60601
(312) 558-3197
Fax: Active
Email: sahmad@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Flanagan HCC, LLC  represented by  Scott M Ahmad
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Kewanee AL, LLC  represented by  Scott M Ahmad
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Knoxville AL, LLC  represented by  Scott M Ahmad
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Legacy Estates AL, LLC  represented by  Scott M Ahmad
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Marigold HCC, LLC  represented by  Scott M Ahmad
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Monmouth AL, LLC  represented by  Scott M Ahmad
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Polo LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| El Paso HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Flanagan HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| CYE Kewanee HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| CYE Knoxville HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Legacy HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Marigold HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| CYE Monmouth HCO, LLC | represented by | **Scott M Ahmad**<br>(See above for address) |
|---|---|---|

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Polo HCO, LLC     represented by    **Scott M Ahmad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Receiver**

Michael F. Flanagan     represented by    **Eugene Stuart Kraus**
Scott & Kraus, LLC
150 South Wacker Drive
2900
Chicago, IL 60606
(312)327-1050
Fax: Active
Email: ekraus@skcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Haley Jean Mulherin**
Scott & Kraus, Llc
150 South Wacker Drive
Suite 2900
Chicago, IL 60606
3123271391
Fax: Not a member
Email: hmulherin@skcounsel.com
*ATTORNEY TO BE NOTICED*

**Jason Robert Sleezer**
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60606
(312) 327-1050
Fax: Active
Email: jsleezer@skcounsel.com
*ATTORNEY TO BE NOTICED*

Illinois Department of Public Health     represented by    **John Patrick Reding , Jr.**
Illinois Attorney General's Office
115 S LaSalle St
Chicago, IL 60603
312-848-5380

Email: john.reding@ilag.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Mark B. Petersen**	represented by	**Barry A. Chatz**
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
Fax: Not a member
Email: barry.chatz@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2024 | [1](#) | COMPLAINT // *Verified Complaint* filed by X-CALIBER FUNDING LLC, as servicer for XCAL 2019-IL-1 MORTGAGE TRUST; Filing fee $ 405, receipt number AILNDC-21557476. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J)(Tinkham, Paige) (Entered: 01/23/2024) |
| 01/23/2024 | [2](#) | CIVIL Cover Sheet (Tinkham, Paige) (Entered: 01/23/2024) |
| 01/23/2024 | [3](#) | ATTORNEY Appearance for Plaintiff X-CALIBER FUNDING LLC, as servicer for XCAL 2019-IL-1 MORTGAGE TRUST by Paige B Tinkham (Tinkham, Paige) (Entered: 01/23/2024) |
| 01/23/2024 | [4](#) | ATTORNEY Appearance for Plaintiff X-CALIBER FUNDING LLC, as servicer for XCAL 2019-IL-1 MORTGAGE TRUST by Kenneth J. Ottaviano (Ottaviano, Kenneth) (Entered: 01/23/2024) |
| 01/23/2024 |  | CASE ASSIGNED to the Honorable Iain D. Johnston and Honorable Margaret J. Schneider. Designated as Magistrate Judge the Honorable Margaret J. Schneider. Case assignment: Random assignment.. (pg, ) (Entered: 01/23/2024) |
| 01/23/2024 |  | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached [Consent To](#) form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (pg, ) (Entered: 01/23/2024) |
| 01/23/2024 | [5](#) |  |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | MOTION by Plaintiff X-CALIBER FUNDING LLC, as servicer for XCAL 2019-IL-1 MORTGAGE TRUST to appoint receiver // *Plaintiff's Emergency Motion for Appointment of Receiver*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Tinkham, Paige) (Entered: 01/23/2024) |
| 01/24/2024 |    | SUMMONS Issued as to Defendants CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC. (jp, ) (Entered: 01/24/2024) |
| 01/24/2024 | 6  | MINUTE entry before the Honorable Iain D. Johnston: An in-person hearing on the motion to appoint receiver 5 is set for 1/25/2024 at 1:30 PM. Plaintiff's counsel must provide notice to the defendants informing them of this hearing. (yxp, ) (Entered: 01/24/2024) |
| 01/25/2024 | 7  | MINUTE entry before the Honorable Iain D. Johnston: Motion hearing held on 1/25/2024. Plaintiff's motion to appoint receiver 5 is granted for the reasons stated on the record. Order on the motion shall issue separately. Telephonic status hearing set for 2/2/2024 at 9:30 AM. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call-in number is 888-557-8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. By 2/1/2024 each side shall file a Rule 7.1(a)(2) disclosure specifying the citizenship of each party, including drilling down to the owners of the LLCs. In many instances the allegations of the complaint don't address citizenship at all (i.e. PHC, Inc.), address only the state of incorporation but not the principal place of business (i.e. Peterson Health Systems, Inc.) or allege only residence (i.e. Mark Peterson), and citizenship and residence are not synonymous, see Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002). (yxp, ) (Entered: 01/25/2024) |
| 01/25/2024 | 8  | ORDER Appointing Receiver Signed by the Honorable Iain D. Johnston on 1/25/2024:(yxp, ) (Entered: 01/25/2024) |
| 01/26/2024 | 9  | ATTORNEY Appearance for Receiver Michael F. Flanagan by Eugene Stuart Kraus (Kraus, Eugene) (Entered: 01/26/2024) |
| 01/26/2024 | 10 | ATTORNEY Appearance for Receiver Michael F. Flanagan by Jason Robert Sleezer (Sleezer, Jason) (Entered: 01/26/2024) |
| 01/26/2024 | 11 | ATTORNEY Appearance for Receiver Michael F. Flanagan by Haley Jean Mulherin (Mulherin, Haley) (Entered: 01/26/2024) |
| 01/26/2024 | 12 | DECLARATION of Receiver (Attachments: # 1 Notice of Filing)(Mulherin, Haley) (Entered: 01/26/2024) |
|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |

| | | |
|---|---|---|
| 01/29/2024 | 13 | TRANSCRIPT OF PROCEEDINGS held on 1/25/2024 before the Honorable Iain D. Johnston. Order Number: 47872. Court Reporter Contact Information: Heather Perkins-Reiva, heather_perkins-reiva@ilnd.uscourts.gov, (779)772-8309.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/19/2024. Redacted Transcript Deadline set for 2/29/2024. Release of Transcript Restriction set for 4/29/2024. (Perkins-Reiva, Heather) (Entered: 01/29/2024) |
| 02/01/2024 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by X-Caliber Funding LLC // *Plaintiff's Corporate Disclosure Statement* (Tinkham, Paige) (Entered: 02/01/2024) |
| 02/01/2024 | 15 | MINUTE entry before the Honorable Iain D. Johnston: On 1/25/2024 the Court directed each side to file the disclosure required by Fed. R. Civ. P. 7.1(a)(2), which requires parties in diversity cases to disclose their state(s) of citizenship. DKt. 7. The plaintiff's Rule 7.1(a)(2) statement drills down to its individual owners, but then identifies their state(s) of citizenship as being "the United States." Dkt. 14. Although it also discloses that the individual owners are "residents of New York," residence and citizenship are not synonymous. See Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002). By 2/2/2024 the plaintiff shall file a supplemental Rule 7.1(a)(2) disclosure identifying the state(s) of citizenship of each individual owner. (yxp, ) (Entered: 02/01/2024) |
| 02/01/2024 | 16 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by X-Caliber Funding LLC // *Plaintiff's Supplemental Corporate Disclosure Statement* (Tinkham, Paige) (Entered: 02/01/2024) |
| 02/02/2024 | 17 | MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 2/2/2024 and continued to a telephonic status hearing set for 2/12/2024 at 9:30 AM. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call-in number is 888-557-8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Defense counsel is directed to file an attorney appearance on the docket. (yxp, ) (Entered: 02/02/2024) |
| 02/02/2024 | 18 | ATTORNEY Appearance for Illinois Department of Public Health by John Patrick Reding, Jr (Reding, John) (Entered: 02/02/2024) |
| 02/06/2024 | 19 | Receiver's Notice of Inventory by Michael F. Flanagan (Mulherin, Haley) (Entered: 02/06/2024) |
| | | |

| 02/06/2024 | 20 | ATTORNEY Appearance for Defendants CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC by Scott M Ahmad (Ahmad, Scott) (Entered: 02/06/2024) |
|---|---|---|
| 02/07/2024 | 21 | Western Division ADR Notification (jp, ) (Entered: 02/07/2024) |
| 02/09/2024 | | SUMMONS Issued as to Defendants CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC (pg, ) (Entered: 02/09/2024) |
| 02/12/2024 | 22 | MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 2/12/2024 and continued to a telephonic status hearing set for 2/23/2024 at 10:30 AM. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call-in number is 888-557-8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, ) (Entered: 02/12/2024) |
| 02/13/2024 | 23 | WAIVER OF SERVICE returned executed by X-Caliber Funding LLC. CYE Kewanee HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; CYE Knoxville HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; CYE Monmouth HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; El Paso HCC, LLC waiver sent on 2/9/2024, answer due 4/9/2024; El Paso HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Flanagan HCC, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Flanagan HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Kewanee AL, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Knoxville AL, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Legacy Estates AL, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Legacy HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Marigold HCC, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Marigold HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Monmouth AL, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Polo HCO, LLC waiver sent on 2/9/2024, answer due 4/9/2024; Polo LLC waiver sent on 2/9/2024, answer due 4/9/2024. (Tinkham, Paige) (Entered: 02/13/2024) |
| 02/14/2024 | 24 | MINUTE entry before the Honorable Iain D. Johnston: The telephonic status hearing set for 2/23/2024 is moved to 1:30 PM on that date. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call-in number is 888-557-8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, ) (Entered: 02/14/2024) |
| 02/20/2024 | 25 | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|----------------|
|            |    | Notice of Mailing by Michael F. Flanagan (Mulherin, Haley) (Entered: 02/20/2024) |
| 02/23/2024 | 26 | MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 2/23/2024. The defendants shall file a Disclosure under Fed. R. Civ. P. 7.1(a)(2) by 2/29/2024. The receiver shall file a status report by 3/29/2024. The next hearing will be set at a later date. (yxp, ) (Entered: 02/23/2024) |
| 02/26/2024 | 27 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC (Ahmad, Scott) (Entered: 02/26/2024) |
| 02/27/2024 | 28 | MINUTE entry before the Honorable Iain D. Johnston: The defendants have filed Fed. R. Civ. P. 7.1(a)(2) disclosure purporting to identify their state(s) of citizenship, but for the members of the defendant LLCs that are corporations, the defendants have identified only that the state of incorporation for each is Illinois, without also identifying the principal place of business for each. The defendants shall file a revised Rule 7.1(a)(2) disclosure by 2/29/2024. (yxp, ) (Entered: 02/27/2024) |
| 02/29/2024 | 29 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC *(Amended)* (Ahmad, Scott) (Entered: 02/29/2024) |
| 03/20/2024 | 30 | TRANSCRIPT OF PROCEEDINGS held on 2/12/2024 before the Honorable Iain D. Johnston. Court Reporter Contact Information: Heather Perkins-Reiva, heather_perkins-reiva@ilnd.uscourts.gov, (779)772-8309.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/10/2024. Redacted Transcript Deadline set for 4/22/2024. Release of Transcript Restriction set for 6/18/2024. (Perkins-Reiva, Heather) (Entered: 03/20/2024) |
| 03/20/2024 | 31 | TRANSCRIPT OF PROCEEDINGS held on 2/23/2024 before the Honorable Iain D. Johnston. Court Reporter Contact Information: Heather Perkins-Reiva, heather_perkins-reiva@ilnd.uscourts.gov, (779)772-8309.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the |

|  |  | Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/10/2024. Redacted Transcript Deadline set for 4/22/2024. Release of Transcript Restriction set for 6/18/2024. (Perkins-Reiva, Heather) (Entered: 03/20/2024) |
|---|---|---|
| 03/25/2024 | 32 | Receiver's First Report by Michael F. Flanagan (Attachments: # 1 Notice of Filing)(Mulherin, Haley) (Entered: 03/25/2024) |
| 03/26/2024 | 33 | MINUTE entry before the Honorable Iain D. Johnston: Receiver's status report 32 received and reviewed. Any suggestion of bankruptcy should be filed by 3/29/2024. Supplemental status report from the receiver shall be filed by 5/27/2024. (yxp, ) (Entered: 03/26/2024) |
| 03/27/2024 | 34 | SUGGESTION of Bankruptcy *of Defendants* (Ahmad, Scott) (Entered: 03/27/2024) |
| 03/28/2024 | 35 | MINUTE entry before the Honorable Iain D. Johnston: In light of the suggestion of bankruptcy 34 , this case is stayed. The receiver's status report remains due 5/27/2024. By that same day, the defendants shall file a written report on the status of the bankruptcy proceedings. (yxp, ) (Entered: 03/28/2024) |
| 04/01/2024 | 36 | SUGGESTION of Bankruptcy as to all Defendants (AMENDED) (Ahmad, Scott) (Entered: 04/01/2024) |
| 04/04/2024 | 37 | SUGGESTION of Bankruptcy as to all Defendants *(SECOND AMENDED)* (Ahmad, Scott) (Entered: 04/04/2024) |
| 04/12/2024 | 38 | CERTIFICATE of Service (Attachments: # 1 Exhibit Order Approving Stipulation to Retain Receiver for Subject Receivership Debtors Pending Further Court Order)(Mulherin, Haley) (Entered: 04/12/2024) |
| 05/10/2024 | 39 | STATUS Report - *Receiver's Second Report* by Michael F. Flanagan<br><br>Presented before District Judge<br><br>(Mulherin, Haley) (Entered: 05/10/2024) |
| 05/28/2024 | 40 | STATUS Report *Regarding Bankruptcy* by CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A)(Ahmad, Scott) (Entered: 05/28/2024) |
| 05/29/2024 | 41 | MINUTE entry before the Honorable Iain D. Johnston: Status reports 39 and 40 received and reviewed. Supplemental reports from the receiver and the defendants are due 7/30/2024. (yxp, ) (Entered: 05/29/2024) |

| | | |
|---|---|---|
| 07/12/2024 | 42 | Receiver's Third Report by Michael F. Flanagan (Mulherin, Haley) (Entered: 07/12/2024) |
| 07/31/2024 | 43 | MINUTE entry before the Honorable Iain D. Johnston: The receiver's status report 42 has been reviewed. A report was also due from the defendants with an update on the bankruptcy proceedings, but none was filed. The defendants' report is now due 8/7/2024. (yxp, ) (Entered: 07/31/2024) |
| 08/01/2024 | 44 | Receiver's Fourth Report by Michael F. Flanagan (Mulherin, Haley) (Entered: 08/01/2024) |
| 08/07/2024 | 45 | STATUS Report *Regarding Bankruptcy* by CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC<br><br>Presented before District Judge<br><br>(Ahmad, Scott) (Entered: 08/07/2024) |
| 08/08/2024 | 46 | MINUTE entry before the Honorable Iain D. Johnston: Defendants' report 45 has been received and reviewed. Supplemental reports from the receiver and the defendants are due 9/4/2024. Mailed notice (jp, ) (Entered: 08/08/2024) |
| 08/30/2024 | 47 | STATUS Report - *Receiver's Fifth Report* by Michael F. Flanagan<br><br>Presented before District Judge<br><br>(Mulherin, Haley) (Entered: 08/30/2024) |
| 09/05/2024 | 48 | MINUTE entry before the Honorable Iain D. Johnston: On 8/8/2024 the Court directed the receiver and the defendants to file supplemental status reports by 9/4/2024. See Dkt. 46. Once again, the receiver filed his report, but the defendants did not file theirs. See Dkt. 43. The defendants' written report on the status of the bankruptcy proceedings is now due 9/6/2024. (yxp, ) (Entered: 09/05/2024) |
| 09/05/2024 | 49 | STATUS Report *Regarding Bankruptcy* by CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, CYE Monmouth HCO, LLC, El Paso HCC, LLC, El Paso HCO, LLC, Flanagan HCC, LLC, Flanagan HCO, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Legacy HCO, LLC, Marigold HCC, LLC, Marigold HCO, LLC, Monmouth AL, LLC, Polo HCO, LLC, Polo LLC<br><br>Presented before District Judge<br><br>(Ahmad, Scott) (Entered: 09/05/2024) |
| 09/06/2024 | 50 | MINUTE entry before the Honorable Iain D. Johnston: Status reports 47 and 49 were received and reviewed. Supplemental status reports from the receiver and the defendants are due 10/16/2024. Mailed notice (jp, ) (Entered: 09/06/2024) |

| | | |
|---|---|---|
| 09/27/2024 | 51 | Receiver's Sixth Report by Michael F. Flanagan (Mulherin, Haley) (Entered: 09/27/2024) |
| 10/11/2024 | 52 | Notice of Stipulation by Michael F. Flanagan (Mulherin, Haley) (Entered: 10/11/2024) |
| 10/16/2024 | 53 | MOTION by Movant Illinois Debt Acquisition Company L.L.C. to substitute party *Plaintiff X-Caliber Funding LLC*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A)(Allen, Kara) (Entered: 10/16/2024) |
| 10/16/2024 | 54 | MOTION by Receiver Michael F. Flanagan / Emergency Motion to Close El Paso Facility<br><br>Presented before District Judge<br><br>(Mulherin, Haley) (Entered: 10/16/2024) |
| 10/16/2024 | 55 | STATUS Report by El Paso HCO, LLC, Flanagan HCO, LLC, CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, Legacy HCO, LLC, Marigold HCO, LLC, CYE Monmouth HCO, LLC, Polo HCO, LLC, El Paso HCC, LLC, Flanagan HCC, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Marigold HCC, LLC, Monmouth AL, LLC, Polo LLC<br><br>Presented before District Judge<br><br>(Ahmad, Scott) (Entered: 10/16/2024) |
| 10/17/2024 | 56 | MINUTE entry before the Honorable Iain D. Johnston: On the receiver's emergency motion 54 , the defendants shall respond by 10/25/2024. Also by 10/25/2024, the receiver and the defendants shall respond to Illinois Debt Acquisition Company's motion to substitute 53 . (yxp, ) (Entered: 10/17/2024) |
| 10/17/2024 | 57 | RESPONSE by Michael F. Flanagan to MOTION by Movant Illinois Debt Acquisition Company L.L.C. to substitute party *Plaintiff X-Caliber Funding LLC*<br><br>Presented before District Judge<br><br>53 (Mulherin, Haley) (Entered: 10/17/2024) |
| 10/24/2024 | 58 | RESPONSE by Defendants El Paso HCO, LLC, Flanagan HCO, LLC, CYE Kewanee HCO, LLC, CYE Knoxville HCO, LLC, Legacy HCO, LLC, Marigold HCO, LLC, CYE Monmouth HCO, LLC, Polo HCO, LLC, El Paso HCC, LLC, Flanagan HCC, LLC, Kewanee AL, LLC, Knoxville AL, LLC, Legacy Estates AL, LLC, Marigold HCC, LLC, Monmouth AL, LLC, Polo LLC to motion for miscellaneous relief 54 , motion to substitute party 53 (Ahmad, Scott) (Entered: 10/24/2024) |
| 10/24/2024 | 59 | REPLY by Michael F. Flanagan to Response, 58 , MOTION by Receiver Michael F. Flanagan / Emergency Motion to Close El Paso Facility |

| | | |
|---|---|---|
| | | Presented before District Judge<br><br>[54](#) *Reply in Support of Receiver's Emergency Motion to Close El Paso Facility* (Mulherin, Haley) (Entered: 10/24/2024) |
| 10/25/2024 | 60 | MINUTE entry before the Honorable Iain D. Johnston: This case is before the Court on diversity jurisdiction. Illinois Debt Acquisition Company LLC seeks to substitute itself as the plaintiff, but its motion to substitute 53 does not identify its citizenship. By 10/30/2024 Illinois Debt Acquisition Company LLC shall file a disclosure under Fed. R. Civ. P. 7.1(a)(2) identifying its state(s) of citizenship, being mindful of the special requirements for identifying the citizenship of an LLC, see Qin v. Deslongchamps, 31 F.4th 576, 579 (7th Cir. 2022). If its state(s) of citizenship include Illinois, it must also address the issue of diversity jurisdiction in a supplemental brief in support of its motion to substitute. The Clerk is directed to send a copy of this minute entry to counsel for Illinois Debt Acquisition Company. (yxp, ) (Entered: 10/25/2024) |
| 10/25/2024 | 61 | MOTION by Intervenor Mark B. Petersen to intervene *OMNIBUS MOTION FOR LEAVE TO INTERVENE AND TO OPPOSE RECEIVERS EMERGENCY MOTION TO CLOSE EL PASO FACILITY*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Declaration Exhibit 1 - Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Chatz, Barry) (Entered: 10/25/2024) |
| 10/28/2024 | 62 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Illinois Debt Acquisition Company L.L.C. (Allen, Kara) (Entered: 10/28/2024) |
| 10/28/2024 | 63 | MINUTE entry before the Honorable Iain D. Johnston: On Mark Petersen's motion to intervene 61 , the parties and Illinois Debt Acquisition Company LLC shall respond by 11/11/2024. In addition, proposed new plaintiff Illinois Debt Acquisition Company LLC has filed the Rule 7.1(a)(2) disclosure of its state(s) of citizenship as the Court directed, but the disclosure alleges only the residence of the LLC's sole member, Joseph Tutera. Residence and citizenship are not synonymous. See Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002). Accordingly, by 10/30/2024 Illinois Debt Acquisition Company shall file a corrected Rule 7.1(a)(2) disclosure identifying its state(s) of citizenship. (yxp, ) (Entered: 10/28/2024) |
| 10/28/2024 | 64 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Illinois Debt Acquisition Company L.L.C. (Allen, Kara) (Entered: 10/28/2024) |
| 10/30/2024 | 65 | MINUTE entry before the Honorable Iain D. Johnston: In light of Illinois Debt Acquisition Company LLC's disclosure that it is a citizen of Kansas, see Dkt. 64, and in the absence of any objection, its motion to substitute brought under Fed. R. Civ. P. 25(c) 53 is granted. The Clerk is directed to substitute Illinois Debt Acquisition Company LLC as plaintiff in place of X-Caliber Funding LLC and to update the docket to reflect that change. Illinois Debt Acquisition |

| | | Company LLC's counsel shall file her appearance by 11/1/2024. (yxp, ) (Entered: 10/30/2024) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2024 13:31:52 | | | |
| **PACER Login:** | PHbr0053 | **Client Code:** | 160491-01011 |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-cv-50034 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |