# EXHIBIT 15

BROWN,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.1) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-05373

Bogina vs. Medline Industries, Inc., et al.
Assigned to: Honorable John J. Tharp, Jr
Case in other court: 15-01867
Cause: 31:3731 Fraud

Date Filed: 08/09/2011
Date Terminated: 03/24/2015
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**August Bogina, III**
*United States of America, by and through relator*

represented by **Michael F. Brady**
Brady & Associates
10985 Cody Street
Suite 135
Overland Park, KS 66210
913 696 0925
Fax: Not a member
Email: brady@mbradylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin M Campbell**
Helmer, Martins, Rice, & Popham, Co., L.p.a.
600 Vine Street
Suite 2704
Cincinnati, OH 45202
(513) 421-2400
Fax: Pro Hac Vice
Email: ecampbell@fcalawfirm.com
*ATTORNEY TO BE NOTICED*

**James B Helmer**
Helmer, Martins, Rice, & Popham, Co., L.p.a.
600 Vine Street
Suite 2704
Cincinnati, OH 45202
(513) 421-2400
Fax: Pro Hac Vice
Email: jhelmer@fcalawfirm.com

*ATTORNEY TO BE NOTICED*

**Kerry C. Connealy**
Brady & Associates
10901 Lowell Avenue
Suite 280
Overland Park, KS 66210
913 696 0925
Fax: Not a member
Email: connealy@gchclaw.com
*TERMINATED: 10/05/2012*

**Marc J. Siegel**
Siegel & Dolan Ltd.
150 N Wacker Dr
Ste 3000
Chicago, IL 60606
(312) 878-3210
Fax: Active
Email: msiegel@msiegellaw.com
*ATTORNEY TO BE NOTICED*

**Mark A Kistler**
Brady & Associates
10901 Lowell Avenue
Suite 280
Overland Park, KS 66210
(913) 696-0925
Fax: Pro Hac Vice
Email: mkistler@mbradylaw.com
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
Helmer, Martins, Rice, & Popham, Co.,
L.p.a.
600 Vine Street
Suite 2704
Cincinnati, OH 45202
(513) 421-2400
Fax: Pro Hac Vice
Email: rrice@fcalawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California, The**                    represented by **Erin M Campbell**
*exrel August Bogina III*                       (See above for address)
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois, The**
*ex rel. August Bogina III*

represented by **Erin M Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Indiana, The**
*ex rel. August Bogina III*

represented by **Erin M Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Louisiana, The**                    represented by    **Erin M Campbell**
*ex rel. August Bogina III*                                        (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Michigan**                    represented by    **Erin M Campbell**
*The, ex rel. August Bogina III*                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Texas**                    represented by    **Erin M Campbell**
*The, ex rel. August Bogina III*                          (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**
*The, ex. rel. August Bogina III*

represented by **Erin M Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Georgia**
*The, ex. rel. August Bogina III*

represented by **Erin M Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of North Carolina**                  represented by **Erin M Campbell**
*The, ex. rel. August Bogina III*                          (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Oklahoma**                        represented by **Erin M Campbell**
*The, ex. rel. August Bogina III*                          (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Tennessee**                           represented by **Erin M Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B Helmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M Rice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Medline Industries, Inc.**                     represented by **Anton Ronald Valukas**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Active
Email: avalukas@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles B. Sklarsky**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Active
Email: csklarsky@jenner.com
*ATTORNEY TO BE NOTICED*

**Monica Rose Pinciak Madden**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Not a member
Email: mpinciak@jenner.com
*ATTORNEY TO BE NOTICED*

**Thalia L Myrianthopoulos**
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Not a member
Email: tmyrianthopoulos@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tutera Group, Inc.**                    represented by    **Asher D. Funk**
Polsinelli PC
150 N. RIVERSIDE PLAZA, SUITE
3000
Chicago, IL 60601
312 873 3635
Fax: Not a member
Email: afunk@polsinelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Bewley**
Polsinelli, P.c.
900 W. 48th Place
Suite 900
Kansas City, MO 64112
(816) 360-4372
Fax: Pro Hac Vice
Email: bbewley@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Steven Reinberg**
Polsinelli PC
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
(312) 873-3636
Fax: Active
Email: DReinberg@Polsinelli.com
*ATTORNEY TO BE NOTICED*

**Edward F. Novak**
Polsinelli PC
One EastWashington St.
Suite 1200
Phoenix, AZ 85251
602 650 2020

Fax: Not a member
Email: enovak@polsinelli.com
*ATTORNEY TO BE NOTICED*

**George E. Kostel**
Polsinelli PC
1401 Eye Street, N.W.
Suite 800
Washington, DC 20005
202-626-8316
Fax: Pro Hac Vice
Email: gkostel@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Unruh**
Polsinelli Shughart PC
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 819-1900
Fax: Delinquent
Email: junruh@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph C Tutera**                    represented by **Asher D. Funk**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Brian David Bewley**
                                       (See above for address)
                                       *PRO HAC VICE*
                                       *ATTORNEY TO BE NOTICED*

                                       **Daniel Steven Reinberg**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Edward F. Novak**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **George E. Kostel**
                                       (See above for address)
                                       *PRO HAC VICE*
                                       *ATTORNEY TO BE NOTICED*

**Jeremy S. Unruh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walnut Creek Management
Company, LLC**                    represented by    **Asher D. Funk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Bewley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Steven Reinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward F. Novak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George E. Kostel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Unruh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Service List**                    represented by    **Harpreet Kaur Chahal**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312)353-1996
Fax: US Govt Attorney
Email: harpreet.chahal@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joseph Bradley Chervin**
Office of the Illinois Attorney General
100 W. Randolph St
13th Floor
Chicago, IL 60601
312-814-3528

Fax: Not a member
Email: JChervin@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Illinois Health Management II,
L.L.C.**                          represented by  **Asher D. Funk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward F. Novak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Bewley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Steven Reinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George E. Kostel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Unruh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tutera Investments, L.L.C.**        represented by  **Asher D. Funk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Bewley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Steven Reinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward F. Novak**

(See above for address)
*ATTORNEY TO BE NOTICED*

**George E. Kostel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Unruh**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/20/2016 | 108 952.2 KB | ☐ | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 15-1867: Entire record returned consisting of 8 sealed envelopes. (tt, ) (Entered: 07/21/2016) |
| 01/26/2016 | 107 160.5 KB | ☐ | OPINION from the USCA for the 7th Circuit; Argued 12/10/15; Decided 1/4/16 in USCA case no. 15-1867. (tt, ) (Entered: 01/27/2016) |
| 01/26/2016 | 106 64.9 KB | ☐ | MANDATE of USCA dated 01/04/16 regarding notice of appeal 95 ; USCA No. 15-1867:The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date. (tt, ) (Entered: 01/27/2016) |
| 01/26/2016 | 105 103.1 KB | ☐ | LETTER from the USCA regarding the record on appeal in USCA no. 15-1867: Record to be returned later. (tt, ) (Entered: 01/27/2016) |
| 11/13/2015 | 104 394.1 KB | ☐ | TRANSMITTED to the USCA for the 7th Circuit supplemental record on appeal 95 (USCA no. 15-1867). (gcy, ) (Entered: 11/13/2015) |
| 10/23/2015 | 103 104.7 KB | ☐ | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 95 (USCA no. 15-1867). (gcy, ) (Entered: 11/13/2015) |
| 10/23/2015 | 102 961.0 KB | ☐ | USCA RECEIVED on 10/23/15 the Long record regarding notice of appeal 95 (gcy, ) Modified on 11/13/2015 (gcy, ). (Entered: 10/23/2015) |
| 10/21/2015 | 101 97.0 KB | ☐ | NOTICE to Transmit Record on Appeal regarding notice of appeal 95 ; USCA Case No. 15-1867 (sj, ) (Entered: 10/22/2015) |
| 05/06/2015 | 100 524.6 KB | ☐ | SEVENTH CIRCUIT transcript information sheet by August Bogina, III (Attachments: # 1 Exhibit A - Seventh Circuit Transcript Information Sheet)(Brady, Michael) (Entered: 05/06/2015) |
| 04/22/2015 | 99 43.7 KB | ☐ | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 95 ; USCA Case No. 15-1867. (gcy, ) (Entered: 04/23/2015) |

| 04/22/2015 | 98 | ☐ 50.0 KB | NOTICE of Case Opening; USCA no. 15-1867. (gcy, ) (Entered: 04/23/2015) |
|---|---|---|---|
| 04/22/2015 | 97 | ☐ 368.9 KB | TRANSMITTED to the 7th Circuit the short record on notice of appeal 95 . Notified counsel.(ea, ) (Entered: 04/22/2015) |
| 04/22/2015 | 96 | ☐ 74.3 KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 95 . (ea, ) (Entered: 04/22/2015) |
| 04/22/2015 | 95 | ☐ 115.7 KB | NOTICE of appeal by August Bogina, III regarding orders 91 , 93 , 92 , 90 (Brady, Michael) (Entered: 04/22/2015) |
| 04/22/2015 | 94 | | PAYMENT by August Bogina, III of Filing fee $ 505, receipt number 0752-10566858. (Brady, Michael) (Entered: 04/22/2015) |
| 03/24/2015 | 93 | ☐ 9.3 KB | AMENDED JUDGMENT Entered by the Honorable John J. Tharp, Jr on 3/24/2015.Mailed notice(air, ) (Entered: 03/30/2015) |
| 03/24/2015 | 92 | ☐ 9.2 KB | ENTERED JUDGMENT Signed by the Honorable John J. Tharp, Jr on 3/24/2015.Mailed notice(air, ) (Entered: 03/24/2015) |
| 03/24/2015 | 91 | ☐ 150.2 KB | MEMORANDUM Opinion and Order. Signed by the Honorable John J. Tharp, Jr on 3/24/2015. Mailed notice(air, ) (Entered: 03/24/2015) |
| 03/24/2015 | 90 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons set forth in the accompanying Memorandum Opinion and Order, the Court grants the defendants' motions to dismiss 61 , 64 and dismisses the Third Amended Complaint. Enter judgment order. Case terminated. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice (air, ) (Entered: 03/24/2015) |
| 07/25/2014 | 89 | ☐ 7.2 KB | CERTIFICATE of Service by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC regarding reply, 88 (Funk, Asher) (Entered: 07/25/2014) |
| 07/24/2014 | 88 | ☐ 76.8 KB | REPLY by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC to memorandum in opposition to motion 85 , *Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC Motion to Dismiss for Failure to State a Claim 61* (Funk, Asher) (Entered: 07/24/2014) |
| 07/23/2014 | 87 | ☐ 140.6 KB | REPLY by Medline Industries, Inc. to memorandum in opposition to motion 85 (Sklarsky, Charles) (Entered: 07/23/2014) |
| 07/23/2014 | 86 | ☐ 5.1 KB | ATTORNEY Appearance for Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC by Edward F. Novak (Novak, Edward) (Entered: 07/23/2014) |
| 06/23/2014 | 85 | ☐ | |

| | | | |
|---|---|---|---|
| | | 118.8 KB | MEMORANDUM by August Bogina, III in Opposition to Motion to Dismiss for Failure to State a Claim 61 , motion to dismiss 64 *Relator's Consolidated Memorandum In Opposition To Motions To Dismiss* (Rice, Robert) (Entered: 06/23/2014) |
| 06/12/2014 | 84 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr:Relator's agreed motion to file response briefs of 25 pages is granted. No appearance on the motion is required. To the extent possible the relator should avoid duplication of arguments between the two briefs; alternatively, the relator may elect to file a single consolidated brief not to exceed the total page allowance. Mailed notice (air, ) (Entered: 06/12/2014) |
| 06/11/2014 | 83 | ☐ 49.3 KB | NOTICE of Motion by Robert M Rice for presentment of motion for leave to file excess pages 82 before Honorable John J. Tharp Jr. on 6/17/2014 at 09:00 AM. (Rice, Robert) (Entered: 06/11/2014) |
| 06/11/2014 | 82 | ☐ 52.1 KB | MOTION by Plaintiff August Bogina, III for leave to file excess pages *(Agreed)* (Rice, Robert) (Entered: 06/11/2014) |
| 06/11/2014 | 81 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held. Defendants' motions to stay discovery pending the resolution of the motions to dismiss 71 , 73 are granted for reasons stated on the record. The briefing schedule as to the Defendants' motions to dismiss is modified as follows: The Defendants' replies are due 31 days after the filing of the Plaintiff's responses are filed. Mailed notice (air, ) (Entered: 06/11/2014) |
| 06/05/2014 | 80 | ☐ 90.5 KB | RESPONSE by Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLCin Opposition to MOTION by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC to stay *Discovery Pending the Resolution of Its Motion to Dismiss* 71 (Unruh, Jeremy) (Entered: 06/05/2014) |
| 06/05/2014 | 79 | ☐ 108.5 KB | REPLY by Medline Industries, Inc. to response in opposition to motion, 78 (Sklarsky, Charles) (Entered: 06/05/2014) |
| 05/29/2014 | 78 | ☐ 323.3 KB | RESPONSE by August Bogina, IIIin Opposition to MOTION by Defendant Medline Industries, Inc. to stay *Merits Discovery Pending Resolution of Its Motion to Dismiss* 73 , MOTION by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC to stay *Discovery Pending the Resolution of Its Motion to Dismiss* 71 (Kistler, Mark) (Entered: 05/29/2014) |
| 05/27/2014 | 77 | ☐ 30.5 KB | CERTIFICATE of Service (Unruh, Jeremy) (Entered: 05/27/2014) |
| 05/23/2014 | 76 | ☐ 27.4 KB | ATTORNEY Appearance for Plaintiff August Bogina, III by Mark A Kistler (Kistler, Mark) (Entered: 05/23/2014) |

| 05/23/2014 | 75 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Motion to appear pro hac vice 70 is granted; Mr. Kistler may file his appearance. The motions to stay discovery [71, 73] are taken under advisement. The previously entered briefing schedule 68 remains in effect. The Court intends to rule on the motions at or before the status hearing on 6/11/14. Mailed notice (air, ) (Entered: 05/23/2014) |
|---|---|---|---|
| 05/22/2014 | 74 | ☐ 95.9 KB | NOTICE of Motion by Charles B. Sklarsky for presentment of motion to stay 73 before Honorable John J. Tharp Jr. on 6/11/2014 at 09:00 AM. (Sklarsky, Charles) (Entered: 05/22/2014) |
| 05/22/2014 | 73 | ☐ 88.7 KB | MOTION by Defendant Medline Industries, Inc. to stay *Merits Discovery Pending Resolution of Its Motion to Dismiss* (Sklarsky, Charles) (Entered: 05/22/2014) |
| 05/22/2014 | 72 | ☐ 29.7 KB | Notice of Hearing by Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC (Unruh, Jeremy) (Entered: 05/22/2014) |
| 05/22/2014 | 71 | ☐ 69.8 KB | MOTION by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC to stay *Discovery Pending the Resolution of Its Motion to Dismiss* (Unruh, Jeremy) (Entered: 05/22/2014) |
| 05/22/2014 | 70 | ☐ 50.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9508934. (Kistler, Mark) (Entered: 05/22/2014) |
| 05/12/2014 | 69 | ☐ 20.8 KB | ATTORNEY Appearance for Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC by Jeremy S. Unruh (Unruh, Jeremy) (Entered: 05/12/2014) |
| 05/08/2014 | 68 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Minute entry 67 is amended as follows: Defendants are granted leave to file a motion seeking a stay of discover by 5/22/14. Plaintiff's response is due 5/29/14; Reply is due 6/5/14. Mailed notice (air, ) (Entered: 05/09/2014) |
| 05/08/2014 | 67 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Defendants motions to dismiss 61 , 64 are taken under advisement. Plaintiff's responses are due 6/30/14; Replies, if any, are due by 8/1/14. Plaintiff is granted leave to file a motion seeking a stay of discovery by 5/22/14. Defendants response is due 5/29/14; Reply is due 6/5/14. Status hearing set for 6/11/14 at 9:00 a.m. Mailed notice (air, ) (Entered: 05/08/2014) |
| 04/30/2014 | 66 | ☐ 118.8 KB | NOTICE of Motion by Charles B. Sklarsky for presentment of motion to dismiss 64 before Honorable John J. Tharp Jr. on 5/8/2014 at 09:00 AM. (Sklarsky, Charles) (Entered: 04/30/2014) |
| 04/30/2014 | 65 | ☐ 3.1 MB | |

| | | | MEMORANDUM by Medline Industries, Inc. in support of motion to dismiss 64 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Sklarsky, Charles) (Entered: 04/30/2014) |
|---|---|---|---|
| 04/30/2014 | 64 | ☐ 92.2 KB | MOTION by Defendant Medline Industries, Inc. to dismiss *Relator's Third Amended Complaint* (Sklarsky, Charles) (Entered: 04/30/2014) |
| 04/30/2014 | 63 | ☐ 41.4 KB | NOTICE of Motion by Asher D. Funk for presentment of Motion to Dismiss for Failure to State a Claim 61 before Honorable John J. Tharp Jr. on 5/8/2014 at 09:00 AM. (Funk, Asher) (Entered: 04/30/2014) |
| 04/30/2014 | 62 | ☐ 1.3 MB | MEMORANDUM by Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC in support of Motion to Dismiss for Failure to State a Claim 61 *in the Third Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Funk, Asher) (Entered: 04/30/2014) |
| 04/30/2014 | 61 | ☐ 26.2 KB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in the Third Amended Complaint* (Funk, Asher) (Entered: 04/30/2014) |
| 04/30/2014 | 60 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr:Application for leave to appear pro hac vice by Brian D. Bewley 59 is granted. All counsel are reminded that every motion must be noticed for presentment pursuant to Local Rule 5.3(b). Mailed notice (air, ) (Entered: 04/30/2014) |
| 04/29/2014 | 59 | ☐ 13.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9434665. (Bewley, Brian) (Entered: 04/29/2014) |
| 04/28/2014 | 58 | ☐ 4.0 KB | MINUTE entry before the Honorable John J. Tharp, Jr:Application for leave to appear pro hac vice by George Kostel 55 is granted. Mailed notice (air, ) (Entered: 04/28/2014) |
| 04/28/2014 | 57 | ☐ 21.5 KB | ATTORNEY Appearance for Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC by Daniel Steven Reinberg (Reinberg, Daniel) (Entered: 04/28/2014) |
| 04/25/2014 | 56 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Defendant Medline's agreed motion for leave to file excess pages 53 is granted. No appearance on the motion is required. Mailed notice (slb, ) (Entered: 04/25/2014) |
| 04/25/2014 | 55 | ☐ 101.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9426382. (Kostel, George) (Entered: 04/25/2014) |
| 04/24/2014 | 54 | ☐ 94.2 KB | NOTICE of Motion by Charles B. Sklarsky for presentment of motion for leave to file excess pages 53 before Honorable John J. Tharp Jr. on 4/29/2014 at 09:00 AM. (Sklarsky, Charles) (Entered: 04/24/2014) |

| 04/24/2014 | 53 | ☐ 67.7 KB | MOTION by Defendant Medline Industries, Inc. for leave to file excess pages *(Agreed)* (Sklarsky, Charles) (Entered: 04/24/2014) |
|---|---|---|---|
| 04/23/2014 | 52 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr: The Tutera defendants' unopposed motion for leave to file excess pages 50 is granted. No appearance on the motion is required. Mailed notice (slb, ) (Entered: 04/23/2014) |
| 04/21/2014 | 51 | ☐ 41.1 KB | NOTICE of Motion by Asher D. Funk for presentment of motion for leave to file excess pages, 50 before Honorable John J. Tharp Jr. on 4/29/2014 at 09:00 AM. (Funk, Asher) (Entered: 04/21/2014) |
| 04/21/2014 | 50 | ☐ 26.1 KB | MOTION by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC for leave to file excess pages *to the Tutera Defendants' Motion to Dismiss the Third Amended Complaint, Unopposed.* (Funk, Asher) (Entered: 04/21/2014) |
| 04/17/2014 | 49 | ☐ 69.1 KB | ATTORNEY Appearance for Plaintiff August Bogina, III by Robert M Rice (Rice, Robert) (Entered: 04/17/2014) |
| 03/24/2014 | 48 | ☐ 69.1 KB | ATTORNEY Appearance for Plaintiff August Bogina, III by Erin M Campbell (Campbell, Erin) (Entered: 03/24/2014) |
| 03/24/2014 | 47 | ☐ 69.1 KB | ATTORNEY Appearance for Plaintiff August Bogina, III by James B Helmer (Helmer, James) (Entered: 03/24/2014) |
| 03/23/2014 | 46 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' unopposed motions for extension of time to respond to the Third Amended Complaint 32 , 44 are granted. All defendants are granted until 4/30/14 to answer or otherwise plead. The motions of relators' counsel Robert Rice, Erin Campbell, and James Helmer to appear pro hac vice 28 , 29 , 30 are granted. For future reference, counsel are directed to review Local Rule 5.3(b) regarding the requirement to notice all filed motions for presentment. Mailed notice (air, ) (Entered: 03/23/2014) |
| 03/21/2014 | 45 | ☐ 95.7 KB | NOTICE of Motion by Charles B. Sklarsky for presentment of motion for extension of time to file answer, motion for relief 44 before Honorable John J. Tharp Jr. on 3/26/2014 at 09:00 AM. (Sklarsky, Charles) (Entered: 03/21/2014) |
| 03/21/2014 | 44 | ☐ 67.8 KB | MOTION by Defendant Medline Industries, Inc. for extension of time to file answer regarding amended complaint, 27 (Sklarsky, Charles) (Entered: 03/21/2014) |
| 03/21/2014 | 43 | ☐ 22.8 KB | ATTORNEY Appearance for Defendant Medline Industries, Inc. by Thalia L Myrianthopoulos (Myrianthopoulos, Thalia) (Entered: 03/21/2014) |
| 03/21/2014 | 42 | ☐ 22.8 KB | ATTORNEY Appearance for Defendant Medline Industries, Inc. by Monica Rose Pinciak Madden (Pinciak Madden, Monica) (Entered: 03/21/2014) |

| 03/21/2014 | 41 | ☐ 22.8 KB | ATTORNEY Appearance for Defendant Medline Industries, Inc. by Charles B. Sklarsky (Sklarsky, Charles) (Entered: 03/21/2014) |
|---|---|---|---|
| 03/21/2014 | 40 | ☐ 22.8 KB | ATTORNEY Appearance for Defendant Medline Industries, Inc. by Anton Ronald Valukas (Valukas, Anton) (Entered: 03/21/2014) |
| 03/21/2014 | 39 | ☐ 60.0 KB | SUMMONS Returned Executed by August Bogina, III as to Walnut Creek Management Company, LLC on 3/5/2014, answer due 3/26/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 38 | ☐ 62.0 KB | SUMMONS Returned Executed by August Bogina, III as to Tutera Investments, L.L.C. on 3/5/2014, answer due 3/26/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 37 | ☐ 62.0 KB | SUMMONS Returned Executed by August Bogina, III as to Tutera Group, Inc. on 3/5/2014, answer due 3/26/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 36 | ☐ 68.1 KB | SUMMONS Returned Executed by August Bogina, III as to Medline Industries, Inc. on 3/10/2014, answer due 3/31/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 35 | ☐ 65.2 KB | SUMMONS Returned Executed by August Bogina, III as to Joseph C Tutera on 3/13/2014, answer due 4/3/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 34 | ☐ 10.6 KB | NOTICE of Motion by Asher Doren Funk for presentment of motion for extension of time to file answer, 32 before Honorable John J. Tharp Jr. on 3/26/2014 at 09:00 AM. (Funk, Asher) (Entered: 03/21/2014) |
| 03/21/2014 | 33 | ☐ 57.3 KB | SUMMONS Returned Executed by August Bogina, III as to Illinois Health Management II, L.L.C. on 3/11/2014, answer due 4/1/2014. (Brady, Michael) (Entered: 03/21/2014) |
| 03/21/2014 | 32 | ☐ 11.8 KB | MOTION by Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC for extension of time to file answer *to Plaintiffs' Third Amended Complaint* (Funk, Asher) (Entered: 03/21/2014) |
| 03/21/2014 | 31 | ☐ 9.7 KB | ATTORNEY Appearance for Defendants Illinois Health Management II, L.L.C., Joseph C Tutera, Tutera Group, Inc., Tutera Investments, L.L.C., Walnut Creek Management Company, LLC by Asher Doren Funk (Funk, Asher) (Entered: 03/21/2014) |
| 03/21/2014 | 30 | ☐ 83.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9314740. (Rice, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 29 | ☐ 85.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9314050. (Campbell, Erin) (Entered: 03/21/2014) |
| 03/21/2014 | 28 | ☐ 94.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9314020. (Helmer, James) (Entered: 03/21/2014) |

| 03/05/2014 | | | SUMMONS Issued as to Defendants Illinois Health Management II, L.L.C. (2 addresses), Medline Industries, Inc.(2 addresses), Joseph C Tutera, Tutera Group, Inc.(2 addresses), Tutera Investments, L.L.C., Walnut Creek Management Company, LLC (2 addresses). (jp, ) (Entered: 03/05/2014) |
|---|---|---|---|
| 03/04/2014 | 27 | ☐ 13.6 MB | *Third* AMENDED complaint by August Bogina, III against All Defendants (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Notice of Filing 13, # 14 Exhibit 14)(Brady, Michael) (Entered: 03/04/2014) |
| 02/20/2014 | 26 | ☐ 4.0 KB | MINUTE entry before the Honorable John J. Tharp, Jr: In accordance to the plaintiff's telephonic request, the amended complaint is to be filed by 3/7/14. Mailed notice (air, ) (Entered: 02/20/2014) |
| 02/18/2014 | 25 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Plaintiff's amended complaint to be filed by 3/1/14. A further status date will be set following service of the amended complaint. Mailed notice (air, ) (Entered: 02/18/2014) |
| 02/04/2014 | 24 | ☐ 4.1 KB | MINUTE entry before the Honorable John J. Tharp, Jr:Upon the telephonic request of plaintiff's counsel, the status hearing is reset for 2/18/14 at 9:00 a.m. Mailed notice (air, ) (Entered: 02/04/2014) |
| 02/03/2014 | 23 | ☐ 34.4 KB | ATTORNEY Appearance for Plaintiffs August Bogina, III, State of California, The, State of Florida, State of Georgia, State of Illinois, The, State of Indiana, The, State of Louisiana, The, State of Michigan, State of North Carolina, State of Oklahoma, State of Tennessee, State of Texas by Marc J. Siegel (Siegel, Marc) (Entered: 02/03/2014) |
| 01/28/2014 | 22 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr: Case called for status. Plaintiff failed to appear; the docket reflects that there has been no service upon any defendant. Status reset for 2/11/14 at 9:00 a.m. Plaintiff's counsel is directed to file an appearance or motion for admission pro hac vice, as appropriate, prior to the status hearing. Failure to appear may result in dismissal of the case for want of prosecution. Mailed notice (air, ) (Entered: 01/29/2014) |
| 01/21/2014 | 21 | ☐ 76.6 KB | STATUS Report *(Initial)* by August Bogina, III (Brady, Michael) (Entered: 01/21/2014) |
| 12/27/2013 | 20 | ☐ 4.2 KB | MINUTE entry before the Honorable John J. Tharp, Jr:The initial status conference in this matter is set for 1/28/14 at 9:00 a.m. The parties are directed to review the procedures and requirements for this conference on Judge Tharp's web site, which may be accessed at [www.ilnd.uscourts.gov/judges] and to submit the required Initial Status Report by 1/21/14. Mailed notice (air, ) (Entered: 12/27/2013) |
| 11/26/2013 | 19 | ☐ 53.5 KB | |

| | | | |
|---|---|---|---|
| | | | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable John J. Tharp, Jr for all further proceedings. Signed by Executive Committee on 11/26/13.(ea, ) (Entered: 12/02/2013) |
| 11/25/2013 | 18 | ☐ 34.6 KB | ORDER Entered by the Honorable Ruben Castillo on 11/25/2013: The Clerk of Court is directed to unseal the complaint, this Order, the attached Orders datedNovember 7,2013 and November 20,2013, and the Governments' Notice of Election to Decline Intervention. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order. The Clerk of Court is directed to statistically terminate this action and re-open at suchtime as it has been reassigned to another district judge. Civil case terminated. Mailed notice (tlm) (Entered: 11/27/2013) |
| 11/20/2013 | 13 | ☐ 97.0 KB | ORDER Re: Notice of Election of the States to decline Intervention Entered by the Honorable James F. Holderman on 11/20/2013. Mailed notice (tlm) (Entered: 11/27/2013) |
| 11/19/2013 | 16 | ☐ 191.6 KB | NOTICE of Election to Decline Intervention by State of California, State of Florida, State of Georgia, State of Illinois, State of Indiana, State of Louisiana, State of Michigan, State of North Carolina, State of Oklahoma, State of Tennessee, State of Texas.. (tlm) (Entered: 11/27/2013) |
| 11/07/2013 | 15 | ☐ 77.5 KB | ORDER Entered by the Honorable Ruben Castillo on 11/7/2013. Mailed notice(tlm) (Entered: 11/27/2013) |
| 11/07/2013 | 14 | ☐ 124.8 KB | NOTICE of the United States that it is not Intervening at This Time. (tlm) (Entered: 11/27/2013) |
| 07/10/2013 | 17 | | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Hon Ruben Castillo. Signed by Honorable Ruben Castillo on 7/10/2013. (tlm) (RESTRICTED) (Main Document 17 replaced on 2/4/2019) (dlc, )(Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
| 11/27/2012 | 12 | ☐ 3.1 MB | SECOND AMENDED Complaint by August Bogina, III against Medline Industries, Inc., Joseph C. Tutera, Tutera Group, Inc., Walnut Creek Management Company, LLC. (Exhibits). (tlm) (Entered: 11/27/2013) |
| 11/27/2012 | 11 | ☐ 22.2 KB | SEALED DOCUMENT. (tlm) (Entered: 11/27/2013) |
| 10/10/2012 | 10 | | SEALED DOCUMENT. (tlm) (Main Document 10 replaced on 2/4/2019) (dlc, )(Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
| 10/09/2012 | 9 | | SEALED DOCUMENT. (tlm) (Main Document 9 replaced on 2/4/2019) (dlc, )(Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
| 01/05/2012 | 8 | | |

| | | | SEALED ORDER Entered by the Honorable James F. Holderman on 1/5/2012. (tlm) (Main Document 8 replaced on 2/4/2019) (dlc, ) (Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
|---|---|---|---|
| 01/05/2012 | 7 | | SEALED DOCUMENT by August Bogina, III. (tlm) (Main Document 7 replaced on 2/4/2019) (dlc, )(Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
| 12/12/2011 | 6 | ☐ 2.6 MB | FIRST AMENDED Complaint by The State of Louisiana, State of Indiana, State of Michigan, August Bogina, III, State of California, State of Illinois, State of Texas against Medline Industries, Inc., Joseph C Tutera, Tutera Group, Inc., Walnut Creek Management Company, LLC (Exhibits). (tlm) (Entered: 11/27/2013) |
| 12/12/2011 | 5 | ☐ 22.2 KB | SEALED DOCUMENT. (tlm) (Entered: 11/27/2013) |
| 08/09/2011 | 4 | | SEALED DOCUMENT. (tlm) (Main Document 4 replaced on 2/4/2019) (dlc, )(Previously unavailable for docketing). Modified on 2/4/2019 (dlc, ). (Entered: 11/27/2013) |
| 08/09/2011 | 3 | ☐ 23.6 KB | RECEIPT regarding payment of filing fee paid on 8/9/2011 in the amount of $350.00, receipt number 4624064860. (tlm) (Entered: 11/27/2013) |
| 08/09/2011 | 2 | ☐ 100.0 KB | CIVIL Cover Sheet. Modified on 11/27/2013 (tlm). (Entered: 11/28/2012) |
| 08/09/2011 | 1 | ☐ 1.2 MB | COMPLAINT filed by August Bogina, III (Exhibits); Jury Demand. (tlm) Modified on 11/27/2013 (tlm). (Entered: 12/14/2011) |

View Selected    
or    
Download Selected

Total filesize of selected documents (MB): 0    
Maximum filesize allowed: 10 MB

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/29/2024 20:22:42 | | | |
| PACER Login: | brtg0004 | Client Code: | 160491-01011 |
| Description: | Docket Report | Search Criteria: | 1:11-cv-05373 |
| Billable Pages: | 18 | Cost: | 1.80 |