```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| X-CALIBER FUNDING, LLC,<br><br>                Plaintiff,<br><br>    - against -<br><br>MARK PETERSEN,<br><br>                Defendant. | **24 Civ. 5529 (VM)**<br><br>**ORDER** |
| MARK PETERSEN,<br><br>                Third-Party Plaintiff,<br><br>JOSEPHB C. TUERA, WALNUT CREEK MANAGEMENT, L.L.C, and ILLINOIS DEBT ACQUISITION COMPANY, L.L.C.,<br><br>                Third-Party Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/30/2024 |

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Plaintiff X-Caliber Funding LLC's ("X-Caliber") letter and Defendant Mark Petersen's ("Petersen") letter, both dated December 4, 2024, regarding a briefing schedule for X-Caliber's Motion to Dismiss Petersen's Counter-Claims.

    The Court hereby enters the following briefing schedule:

1. Petersen opposition brief shall be filed by January 13, 2025.

2. X-Caliber's reply brief shall be filed by February 10, 2025.

**SO ORDERED.**

1

Dated:     30 December 2024
           New York, New York

_____
                              Victor Marrero
                                 U.S.D.J.

2