USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

X-CALIBER FUNDING, LLC,

      Plaintiff,

  - against -

MARK PETERSEN,

      Defendant.

---

MARK PETERSEN,

    Third-Party Plaintiff,

JOSEPHB C. TUERA, WALNUT CREEK
MANAGEMENT, L.L.C, and ILLINOIS DEBT
ACQUISITION COMPANY, L.L.C.,

    Third-Party Defendants.

---

**24 Civ. 5529 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  The Court is in receipt of Third-Party Defendants Joseph C. Tutera, Walnut Creek Management Company, LLC, and Illinois Debt Acquisition Company, LLC's ("IDAC" and collectively, "Defendants") letter dated February 10, 2025, regarding a briefing schedule for Defendants' Motion to Dismiss Third-Party Plaintiff Mark Petersen's ("Plaintiff") Third-Party Complaint.

  The Court enters the following briefing schedule:

  1. Plaintiff's Opposition brief shall be filed by March 10, 2025.

2. Defendants' Reply brief shall be filed by March 31, 2025.

**SO ORDERED.**

Dated:   12 February 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.

2