USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

X-CALIBER FUNDING LLC,

               Plaintiff,

- against -

MARK B. PETERSEN,

               Defendant.

**24 CV 5529 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff X-Caliber Funding LLC ("X-Caliber") filed a Motion for Summary Judgment in Lieu of Complaint ("Motion") in the Supreme Court of the State of New York, County of New York, on June 11, 2024, which Defendant Mark B. Petersen ("Petersen") removed to this Court on August 22, 2024. (See Dkt. No. 1.) Petersen subsequently filed a counterclaim against X-Caliber on October 25, 2024. (See Dkt. No. 28.)

Earlier, on January 23, 2024, X-Caliber filed a foreclosure action in the Northern District of Illinois, in the case captioned X-Caliber Funding LLC et al. v. El Paso HCC, LLC et al., Case No. 24-CV-50034. On January 25, 2024, the Honorable Iain Johnston ("Judge Johnston"), United States District Judge for the Northern District of Illinois, granted a motion to appoint receiver Michael Flanagan (the "Receiver"). (See Dkt. No. 1.) Judge Johnston ordered that "[t]he Court shall retain jurisdiction and supervision of all

1

matters concerning Receiver, the receivership created hereby and the Receivership Assets. Any and all actions which affect Receiver or the Receivership Assets shall be brought in this Court." X-Caliber Funding LLC, Case No. 24-CV-50034.

On October 11, 2024, X-Caliber assigned all debt underlying the Loan and the accompanying Loan documents to the Illinois Debt Acquisition Company ("IDAC"). (See Dkt. No. 27, Petersen Decl. ¶ 46.) Under IDAC's Articles of Organization, Flanagan – the Receiver - is listed as IDAC's registered agent. (See Dkt. No. 24 at 12.) Although X-Caliber maintains its Guaranty claims against Petersen, the pending claims and counterclaims are "actions which affect [the] Receiver." As such, the parties are hereby directed to file – within thirty (30) days of the date of this order - a joint letter setting forth why this Court retains jurisdiction over the matter, and why it should not be brought before Judge Johnston in the Northern District of Illinois.

**SO ORDERED.**

Dated:    24 November 2025
          New York, New York

/s/ Victor Marrero
Victor Marrero
U.S.D.J.